```
                     UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


DANIEL DIAZ,                   )
                               )
           Plaintiff,          )    1:05-cv-00442 OWW LJO
                               )
     v.                        )
                               )
JO ANNE B. BARNHART,           )    ORDER DISMISSING ACTION
                               )
                               )
           Defendant           )
_____)
```

   Pursuant to the stipulation of the parties, this action is dismissed.

Dated: July 14, 2006                /s/ OLIVER W. WANGER
                                    _____
                                    OLIVER W. WANGER
                                    United States District Judge

1